# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RUSTY EDWARD PARKER

VERSUS

WORLEY FIELD SERVICES, INC.

NO.  2026 CW 0266

**MAY 05, 2026**

---

In Re:    Rusty Parker, applying for supervisory writs, Office of Workers' Compensation, District 05, No. 25-03071.

---

**BEFORE:  McCLENDON, C.J., GREENE, STROMBERG, EDWARDS AND BALFOUR JJ.**

**WRIT GRANTED WITH ORDER.** The Office of Workers' Compensation ("OWC") judgment, which denied the Motion for Authorization of Initial Evaluation With Claimant's Choice of Otolaryngologist filed by plaintiff, Rusty Parker, is reversed. Under the plain language of La. R.S. 23:1121(B)(1), "[t]he employee shall have the right to select one treating physician in any field or specialty", "shall have the right to an expedited summary proceeding pursuant to R.S. 23:1201.1(K)(8), when denied his right to an initial physician of choice", and "[t]he [OWC] shall order the employer or payor to authorize the claimant's choice of physician unless the employer or payor can show good cause for his refusal." The statute places no burden on plaintiff to show that his initial choice of physician is "reasonable and necessary." See **Smith v. S. Holding, Inc.,** 2002-1071 (La. 1/28/03), 839 So.2d 5, 11. Accordingly, the OWC committed legal error by imposing this additional burden upon plaintiff. Furthermore, the evidence offered by defendant, Worley Field Services, Inc., was insufficient to show good cause for its refusal under the facts and circumstances of this case. Defendant did not present any evidence that the audiologist who performed plaintiff's audiogram and prepared a report provided plaintiff with any treatment. Therefore, plaintiff's motion for authorization is granted. This matter is remanded to the OWC to determine whether plaintiff is entitled to penalties and attorney fees, and if so, the amount.

**PMc**
**TPS**
**BDE**
**KEB**

**Greene, J.** dissents and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT